```
McGREGOR W. SCOTT
United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR.S-04-312 FCD |
| Plaintiff, | MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE; ORDER |
| v. | |
| LEONARD C. WHEELER, | DATE: April 18, 2005 |
| | TIME: 9:30 a.m. |
| Defendants. | COURT: Hon. Frank C. Damrell, Jr. |

<u>Motion to Dismiss</u>

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America, by and through its undersigned counsel, moves to dismiss without prejudice the indictment in this case. The government and the defendant have entered into a twelve-month deferred prosecution agreement.

DATED: April 15, 2005
                                    McGREGOR W. SCOTT
                                    United States Attorney

                                    by   /s/_____
                                         SAMANTHA S. SPANGLER
                                         Assistant U.S. Attorney

///

///

///

1

<u>Order</u>

Good cause appearing therefor, the indictment in this case is dismissed without prejudice.

IT IS SO ORDERED.

DATED:  April 15, 2005

<pre>
                        /s/ Frank C. Damrell Jr.
                        FRANK C. DAMRELL, JR.
                        UNITED STATES DISTRICT COURT
</pre>